UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNY SHANNON,

    Plaintiff,　　　　　　　　　　　　Case No: 14-14153
　　　　　　　　　　　　　　　　　　　　Hon. Victoria A. Roberts
vs

STATE FARM INSURANCE COMPANY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Jury Verdict rendered on June 6, 2016, judgment is entered in favor of Plaintiff and against Defendant.

Dated at Detroit, Michigan on the 7th Day of June 2016.

　　　　　　　　　　　　　　　　　　　　David Weaver
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　By:　　S/Carol A. Pinegar
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Approved by:

S/Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Judge